# UNITED STATES DISTRICT COURT

## Southern District of Indiana

*Laura Briggs*

**Clerk of the Court**

| | |
|---|---|
| *46 East Ohio Street, Room 105* | *101 Northwest MLK Boulevard* |
| *Indianapolis, Indiana* | *Evansville, Indiana* |
| *46204* | *47708* |
| *921 Ohio Street* | *121 West Spring Street* |
| *Terre Haute, Indiana* | *New Albany, Indiana* |
| *47807* | *47150* |

September 23, 2010

United States District Court
Eastern District of North Carolina
Office of the Clerk
310 New Bern Avenue
Raleigh, NC 27601

      Re: ELI LILLY AND COMPANY et al v. SYNTHON PHARMACEUTICALS, INC.
      Cause Number: 1:10–cv–00310–SEB–TAB

To Whom it May Concern:

    Pursuant to an Order dated September 22, 2010, the above file is being transferred to the United States District Court for the Eastern District of North Carolina. The case file has been transferred electronically to your court via CM/ECF.

                      Sincerely,

                      Laura Briggs

                      By: s/Melanie Carmichael
                      Melanie Carmichael, Deputy Clerk

cc: Counsel of record